1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHARLES F. BISESTO (CABN 271353)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6405
7      FAX: (415) 436-7234
       Charles.Bisesto@usdoj.gov
8
   Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )  CASE NO.: 22-CR-390-RS & 22-CR-443-RS
                                       )
14         Plaintiff,                  )  STIPULATION AND ORDER TO CONTINUE
                                       )  STATUS CONFERENCE AND EXCLUDE TIME
15     v.                              )  FROM FEBRUARY 21, 2023 TO MARCH 21, 2023
                                       )
16  HEVER SUAREZ                       )
                                       )
17         Defendant.                  )
                                       )
18                                     )
                                       )
19  ─────────────────────────────────

20         Plaintiff United States of America, by and through its counsel of record, the United States

21  Attorney for the Northern District of California and Assistant United States Attorney Charles Bisesto,

22  and defendant Hever Suarez ("Defendants"), by and through his counsel of record, Amy Craig, hereby

23  stipulates as follows:

24         1.      On October 4, 2022, a four-count criminal Indictment was filed with the Court, charging

25  Defendant with violations of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C), conspiracy to distribute and

26  possess with intent to distribute fentanyl and heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(c), possession

27  with intent to distribute and distribution of fentanyl and heroin, and 21 U.S.C. § 843(b), unlawful use of

28  a communication facility.  *See* Dkt. 52.

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR
22-390 RS                                                          v. 7/10/2018

1    2.    On October 6, 2022, Defendant was arraigned on the Indictment in Magistrate Court.  His

2    matter was set for a status conference in District Court on November 8, 2022.  *See* Dkt. 55.

3    3.    This matter is currently set for a status conference on February 21, 2023.

4    4.    Defendant is continuing to discuss multiple potential ways to reach an early resolution of

5    the matter.  The parties have discussed potential parameters of a resolution, but need more time to work

6    through the details.  The parties are hopeful that additional time will assist in making progress towards a

7    plea agreement.  Because government counsel is on family leave through March 6, the parties are asking

8    that Mr. Suarez's case be continued to mid-March.

9    5.    For these reasons, the parties are requesting a further status conference date of March 21,

10   2023.  Additionally, the parties agree that excluding time until the March 21, 2023 court date will allow

11   for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C.

12   §§ 3161(h)(7)(A), (B)(iv).  The parties further stipulate and agree that the ends of justice served by

13   excluding the time from  February 21, 2023 through March 21, 2023 from computation under the

14   Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this

15   case. *See id.*

16   The undersigned Assistant United States Attorney certifies that he has obtained approval from

17   counsel for Defendants to file this stipulation and proposed order.

18

19   IT IS SO STIPULATED.

20

21   DATED: February 17, 2023                                   _____/s/_____
                                                               CHARLES F. BISESTO
22                                                             Assistant United States Attorney

23

24   DATED: February 17, 2023                                   _____/s/_____
                                                               AMY CRAIG
25                                                             Counsel for Defendant Hever Suarez

26

27

28

STIPULATION TO EXCLUDE TIME AND  ORDER Case No. CR
22-390 RS                                                      v. 7/10/2018

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court continues the status conference date from February 21, 2023 to March 21, 2023.  The Court further finds that failing to exclude the time from February 21, 2023 to March 21, 2023 would unreasonably deny defense counsel and Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from February 21, 2023 to March 21, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial.  *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 21, 2023 through March 21, 2023 shall be excluded from computation under the Speedy Trial Act.  *See id.*

IT IS SO ORDERED.


DATED:  __February 17, 2023__

_____
HON. RICHARD SEEBORG
United States Chief District Judge

STIPULATION TO EXCLUDE TIME AND  ORDER Case No. CR
22-390 RS                                                                                          v. 7/10/2018