1 ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 KATHERINE L. WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

4 CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

5

6 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6405

7 Fax: (415) 436-7234
Charles.Bisesto@usdoj.gov

8

Attorneys for United States of America

9

10 UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11

SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,           )   NO. 3:22-CR-00390-RS
                                      )
14        Plaintiff,                  )   STIPULATION AND  ORDER TO CONTINUE
                                      )   HEARING AND EXCLUDE TIME FROM
15    v.                              )   JUNE 27, 2023, TO AUGUST 15, 2023
                                      )
16 HEVER SUAREZ,                      )
                                      )
17        Defendant.                  )
                                      )
                                      )
18

19        It is hereby stipulated by and between counsel for the United States and counsel for the

20 defendant Hever Suarez, that this matter be continued to August 15, 2023 and time be excluded under

21 the Speedy Trial Act from June 27, 2023, through August 15, 2023.

22        Undersigned defense counsel is new to the case and made an initial appearance on June 12, 2023.

23 Government counsel and new defense counsel are in discussions regarding a protective order the

24 provision of discovery to defense counsel.  Defense counsel requires time to review discovery.  Defense

25 counsel also requires time for investigation and to prepare and advise his client.  For this reason, the

26 parties stipulate and agree that continuing the June 27, 2023 status hearing date and excluding time until

27 August 15, 2023, will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

28

STIPULATION AND  ORDER TO CONTINUE HEARING AND EXCLUDE
TIME FROM JUNE 27, 2023, TO AUGUST 15, 2023 [Case No. 3:22-cr-00390-RS]

1   The parties further stipulate and agree that the ends of justice served by excluding the time from June

2   27, 2023, through August 15, 2023, from computation under the Speedy Trial Act outweigh the best

3   interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4       The undersigned Assistant United States Attorney certifies that he has obtained approval from

5   counsel for the defendant to file this stipulation and proposed order.

6

7       IT IS SO STIPULATED.

8   DATED: June 21, 2023                               /s/
                                               CHARLIE BISESTO

9                                                  Assistant United States Attorney

10  DATED: June 21, 2023                               /s/

11                                                 EDWIN PRATHER
                                               Counsel for Defendant Samuel Polanco

12

13  **ORDER**

14      Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the

15  Court finds that failing to exclude the time from June 27, 2023, through August 15, 2023, would

16  unreasonably deny defense counsel and the defendant the reasonable time necessary for effective

17  preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The

18  Court further finds that the ends of justice served by excluding the time from June 27, 2023 to August

19  15, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the

20  defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED

21  that the time from June 27, 2023 through August 15, 2023 shall be excluded from computation under the

22  Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).  IT IS FURTHER ORDERED that the matter be

23  continued to August 15, 2023 for a status conference.

24      IT IS SO ORDERED.

25

26  DATED: ___June 21, 2023_____

27                                                   RICHARD SEEBORG
                                               United States Chief District Judge

28

STIPULATION AND  ORDER TO CONTINUE HEARING AND EXCLUDE TIME FROM
JUNE 27, 2023, TO AUGUST 15, 2023 [Case No. 3:22-cr-00390-RS]