EDWIN PRATHER (State Bar No. 190536)
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, CA 94103
Telephone: 415.881.7774
E-mail: edwin@pratherlawoffices.com

Attorneys for Defendant
HEVER SUAREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO. CR 22-0390 RS |
|---|---|---|
| Plaintiff, | ) ) | JOINT STIPULATION AND ORDER RE CONTINUANCE OF OCTOBER 1, 2024 SENTENCING HEARING |
| v. | ) ) | |
| HEVER SUAREZ, | ) ) | |
| Defendant. | ) ) | |

Defendant Hever Suarez pleaded guilty in this matter and is currently set to be sentenced on Tuesday, October 1, 2024.  The parties require additional time to complete the Presentence Report process with the U.S. Probation Department and as such, request and jointly stipulate that the sentencing hearing in this matter be continued to Tuesday, November 12, 2024, at 9:30 a.m.  The Court is available on the proposed date, as is the U.S. Probation Department.

SO STIPULATED.

ISMAIL RAMSEY
United States Attorney

DATED: August 13, 2024                    /s/
CHARLIE BISESTO
Assistant United States Attorney

DATED: August 13, 2024

/s/
EDWIN PRATHER
Counsel for Defendant Hever Suarez

**ORDER**

GOOD CAUSE APPEARING and per the parties' stipulation, IT IS HEREBY ORDERED that October 1, 2024 sentencing hearing is hereby vacated and continued to November 12, 2024, at 9:30 a.m.

DATED: 8/13/2024

THE HONORABLE RICHARD SEEBORG
United States Chief District Judge